**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

IN RE:

Evan P. Karambelas

    Debtor

Case No: 15-31858
(Chapter 13)

JUDGE LAWRENCE S. WALTER

**MOTION OF TRUSTEE TO DISMISS THIS CASE PURSUANT TO 11 U.S.C.§1307(c),
or FOR OTHER APPROPRIATE RELIEF**

The Chapter 13 Trustee moves for the dismissal of this case on the grounds as below indicated; pursuant to 11 U.S.C.§1307(c); or for other appropriate relief.

The debtor(s) failed to commence payments within 30 days after the plan was filed as required by 11 U.S.C.§1326(a)

  /s/ Jeffrey M. Kellner

Jeffrey M. Kellner #0022205
Chapter 13 Trustee
131 N Ludlow St   Suite 900
Dayton, Oh  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

15-31858

## NOTICE OF MOTION

Jeffrey M Kellner, Chapter 13 Trustee, has filed a Motion To Dismiss Pursuant to 11.U.S.C. §1307(c).

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, US Bankruptcy Court, Southern District of Ohio, 120 W Third St., Dayton, OH 45402 OR your attorney must file a response using the court's ECF system.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to

Evan P. Karambelas, 6720 Whitaker St, Dayton, OH  45415-1400

RUSS B COPE, 6826 LOOP RD, DAYTON, OH  45459

Jeffrey M. Kellner, Chapter 13 Trustee, 131 N. Ludlow St., Dayton, OH 45402

Office of the U.S. Trustee, 170 North High St., Suite 200, Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

<u>CERTIFICATE OF SERVICE</u>                               15-31858

I hereby certify that on July 22, 2015, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

| | |
|---|---|
| OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH  43215 | RUSS B COPE<br>6826 LOOP RD<br>DAYTON, OH  45459 |

And on the following by ordinary U.S. Mail, on July 22, 2015:

| | | |
|---|---|---|
| Evan P. Karambelas<br>6720 Whitaker St<br>Dayton, OH  45415-1400 | (34.1n)<br>CRYSTAL L SARESKY<br>GERNER & KEARNS CO LPA<br>809 WRIGHTS SUMMIT PARKWAY<br>SUITE 200<br>FORT WRIGHT, KY  41011 | (32.1n)<br>STEPHEN D MILES<br>18 W MONUMENT AVE<br>DAYTON, OH  45402 |

/s/ Jeffrey M. Kellner

1531858_149_20150722_101906_712/T184_ss               ..

###